| PROB 22<br>(Rev. 8/97) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 5:15CR01280-001 |
| | DOCKET NUMBER *(Rec. Court)*<br>4:17-CR-333-BRW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE. | DISTRICT | DIVISION |
| --- | --- | --- |
| Denitria Edwards | SOUTHERN DISTRICT OF TEXAS | LAREDO |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 05 2017

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | NAME OF SENTENCING JUDGE |
| --- | --- |
| | HONORABLE DIANA SALDANA |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>04/14/2017 | TO<br>04/13/2020 |
| --- | --- | --- |

OFFENSE

Count One: Conspiracy to transport and attempt to transport an undocumented alien within the United States by means of transportation

Count Two: Transport and attempt to transport an undocumented alien within the United States by means of transportation for private financial gain

Count Three: Transport and attempt to transport an undocumented alien within the United States by means of transportation for private financial gain

United States Courts
Southern District of Texas
FILED
NOV 27 2017  2:15pm
David J. Bradley, Clerk
Laredo Division

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS (LAREDO DIVISION)

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Eastern District of Arkansas, Little Rock Division, on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

October 16, 2017
*Date*

Honorable Diana Saldana
*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS (LITTLE ROCK DIVISION)

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

11-08-2017
*Effective Date*

Billy R. Wilson
*United States District Judge*

BRW

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
**FILED**

OCT 27 2015

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| DENITRIA EDWARDS | § § | **L-15-1280** |
| ALAN MCMILLAN | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

**DS**

### COUNT ONE

On or about October 5, 2015, in the Southern District of Texas, and within the jurisdiction of the Court, Defendants,

**DENITRIA EDWARDS and
ALAN MCMILLAN,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation.

In violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

## COUNT TWO

On or about October 5, 2015, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

### DENITRIA EDWARDS and
### ALAN MCMILLAN,

knowing and in reckless disregard of the fact that **BELEN RODRIGUEZ-VASQUEZ**, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

## COUNT THREE

On or about October 5, 2015, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

### DENITRIA EDWARDS and
### ALAN MCMILLAN,

knowing and in reckless disregard of the fact that **ARGEL DAVID HERNANDEZ-GONZALEZ**, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

Christopher dos Santos
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

## L-15-1280

<u>  LAREDO  </u> DIVISION

NO. _____

FILE: 15-23986 , 15-MJ-1491
<u> INDICTMENT     </u>

Filed: _____ **OCT 2 7 2015**

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

<u>KENNETH MAGIDSON, USA</u>
<u>Christopher S. Coker, AUSA</u>

**DENITRIA EDWARDS**

**ALAN MCMILLAN**

**CHARGE:**   Ct 1:     Conspiracy to transport undocumented aliens within the United States
                  [8 USC 1324(a)(1)(A)(ii) and (v)(I)]
  Cts. 2-3:  Transport and attempt to transport undocumented aliens for financial gain
                  [8 USC 1324(a)(1)(A)(ii) and (v)(II)]

**TOTAL COUNTS: 3**

**PENALTY:**   Cts.1 to 3:    Not more than 10 Years and/or $250,000.00, $100 Special Assessment,
                   $5,000 Special Assessment, Not More Than a 3 Year Term of Supervised
                   Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest:

AO 245B  (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of Texas

### Holding Session in Laredo

**ENTERED**

May 25, 2016

David J. Bradley, Clerk

## UNITED STATES OF AMERICA
### V.
## DENITRIA EDWARDS

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: **5:15CR01280-001**

USM NUMBER: 97375-379

Arturo Villarreal, III, AFPD

Defendant's Attorney

☐ See Additional Aliases.

## THE DEFENDANT:

☒ pleaded guilty to count(s)  one, two, and three on December 1, 2015

☐ pleaded nolo contendere to count(s)  _____
which was accepted by the court.

☐ was found guilty on count(s)  _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) | Conspiracy to transport and attempt to transport an undocumented alien within the United States  by means of transportation | 10/05/2015 | 1 |

☒ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 19, 2016

Date of Imposition of Judgment

Signature of Judge

**DIANA SALDAÑA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

May 25, 2016

Date

VE      |LLG

DEFENDANT: **DENITRIA EDWARDS**
CASE NUMBER: **5:15CR01280-001**

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II) and 1324(a)(1)(B)(i) | Transport and attempt to transport an undocumented alien within the United States  by means of transportation for private financial gain | 10/05/2015 | 2 |
| 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II) and 1324(a)(1)(B)(i) | Transport and attempt to transport an undocumented alien within the United States  by means of transportation for private financial gain | 10/05/2015 | 3 |

☐    See Additional Counts of Conviction.

DEFENDANT: **DENITRIA EDWARDS**
CASE NUMBER: **5:15CR01280-001**

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of  <u>12 months and 1 day as to each of counts one, two, and three, to run concurrently.</u>

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐  See Additional Imprisonment Terms.

☒  The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be placed in a facility in Arkansas as long as the security needs of the Bureau of Prisons are met.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m. on _____ .

    ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☒  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                _____

                                              UNITED STATES MARSHAL

                    By  _____

                                         DEPUTY UNITED STATES MARSHAL

DEFENDANT: **DENITRIA EDWARDS**
CASE NUMBER: **5:15CR01280-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  3 years as to each of counts one, two, and three, to run concurrently.


☐ See Additional Supervised Release Terms.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

    ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act
(42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state registration in which he or she resides, works, is a student, or was convicted of a qualifying offense.  (Check, if applicable)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment -- Page 5 of 7

DEFENDANT: **DENITRIA EDWARDS**
CASE NUMBER: **5:15CR01280-001**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

The defendant shall perform 50 hours of community service as approved by the probation officer to be completed within the first 18 months of supervised release.

☐   See Additional Special Conditions of Supervision.

DEFENDANT: **DENITRIA EDWARDS**
CASE NUMBER: **5:15CR01280-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $300.00 | $0.00 | $0.00 |

$100.00 as to each of counts one, two, and three, for a total of $300.00.

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| ☐ See Additional Restitution Payees. | | | |
| **TOTALS** | $0.00 | $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine  ☐ restitution.

  ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **DENITRIA EDWARDS**
CASE NUMBER: **5:15CR01280-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payment of $300.00   due immediately, balance due

       ☐   not later than _____ , or

       ☒   in accordance with   ☐ C, ☐ D, ☐ E, or ☒ F below; or

B   ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C   ☐   Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days after the date of this judgment; or

D   ☐   Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☒   Special instructions regarding the payment of criminal monetary penalties:

       Payable to: Clerk, U.S. District Court
                  1300 Victoria, Ste. 1131
                  Laredo, TX 78040

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                                         **Joint and Several**             **Corresponding Payee,**
**(including defendant number)**           **Total Amount**             **Amount**                   **if appropriate**

☐   See Additional Defendants and Co-Defendants Held Joint and Several.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

☐   See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DOCSENT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:15-cr-01280-1

Case title: USA v. Edwards et al                    Date Filed: 10/27/2015
Magistrate judge case number: 5:15-mj-01491         Date Terminated: 05/19/2016

Assigned to: Judge Diana Saldana

### Defendant (1)

**Denitria Edwards**                    represented by    **Arturo Villarreal , III**
*TERMINATED: 05/19/2016*                                  Office of the Federal Public Defender
                                                          1202 Houston St
                                                          Laredo, TX 78040
                                                          956-753-5313
                                                          Fax: 956-753-5317
                                                          Email: arturo_villarreal@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

                                                          **Federal Public Defender - Laredo**
                                                          1202 Houston St
                                                          Laredo, TX 78040
                                                          956-753-5313
                                                          Email: lar_ecf@fd.org
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

### Pending Counts                                        ### Disposition

                                                          12 mos and 1 day concurrent as to
                                                          counts 1-3 for a total of 12 mos and 1
                                                          day imprs; 3 yrs SRT concurrent as to
                                                          counts 1-3 for a total of 3 yrs SRT; all
                                                          standard and mandatory conditions of
                                                          supervised release apply; $100.00
                                                          Special Assessment as to each count for
                                                          a total of $300.00 special assessment;
                                                          fine waived [because of the defendants
                                                          inability to pay]; 50 hours of
Conspiracy to transport undocumented                      community service within 18 mos of
aliens within the United States                           SRT; drug/alcohol treatment while on
PENALTY: Not more than 10 Yrs.
and/or $250,000, $100 CVF, $5,000

CVF, 3 Yrs. TSR
(1)

SRT; mental health treatment while on SRT; The Court makes a finding that the defendant is indigent and will not impose the $5,000.00 Special Assessment; defendant kept right to appeal however defendant is advised of right to appeal (notified of 14 day deadline); defendant was advised appeal would be free of charge. defendant to be placed at BOP facility in Arkansas.

Transport and attempt to transport undocumented aliens for financial gain
PENALTY: Not more than 10 Yrs. and/or $250,000, $100 CVF, $5,000 CVF, 3 Yrs. TSR
(2-3)

12 mos and 1 day concurrent as to counts 1-3 for a total of 12 mos and 1 day imprs; 3 yrs SRT concurrent as to counts 1-3 for a total of 3 yrs SRT; all standard and mandatory conditions of supervised release apply; $100.00 Special Assessment as to each count for a total of $300.00 special assessment; fine waived [because of the defendants inability to pay]; 50 hours of community service within 18 mos of SRT; drug/alcohol treatment while on SRT; mental health treatment while on SRT; The Court makes a finding that the defendant is indigent and will not impose the $5,000.00 Special Assessment; defendant kept right to appeal however defendant is advised of right to appeal (notified of 14 day deadline); defendant was advised appeal would be free of charge. defendant to be placed at BOP facility in Arkansas.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                     **Disposition**

8:1324.F ----BRINGING IN AND
HARBORING ALIENS

**Material Witness**

**Belen Rodriguez-Vasquez**          represented by  **Maria Elena Morales**
*TERMINATED: 05/19/2016*                                       Attorney at Law
                                                      1514 Victoria
Ste 1
Laredo, TX 78046
956-723-5031
Email: memlaw@sbcglobal.net
*TERMINATED: 11/20/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Norma Nelly Vielma**
Attorney at Law
1016 Juarez
Laredo, TX 78040
956-725-5500
Fax: 956-725-7656
Email:
attorney@immigrationlawexpert.net
*LEAD ATTORNEY*
*Designation: Retained*

---

**Material Witness**

**Argel David Hernandez-Gonzalez**    represented by  **Maria Elena Morales**
*TERMINATED: 05/19/2016*                               (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Plaintiff**

**USA**                                 represented by  **Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-LA**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**US Probation - L**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Christopher Andrew dos Santos**
US Attorney's Office
11204 McPherson Road
Suite 100A
Laredo, TX 78045
956-794-2113
Email:
christopher.dos.santos@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2015 | 1 | COMPLAINT as to Denitria Edwards (1), Alan Mcmillan (2), filed. (Webb) Initial Appearance set for 10/7/2015 at 09:00 AM in Courtroom 3C before Magistrate Judge Guillermo R. Garcia (sgonzalezadi, 5) (mxperez, 5). [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 8 | Affidavit for Material Witness(es) BELEN RODRIGUEZ VASQUEZ & ANGEL DAVID HERNANDEZ GONZALEZ as to Denitria Edwards, Alan Mcmillan, filed.(mxperez, 5) [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 9 | Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) BELEN RODRIGUEZ VASQUEZ as to Denitria Edwards, Alan Mcmillan, (Material Witness(es) informed of rights) held on 10/7/2015. MW advised that no charges are pending and that MW is remanded into custody of the U.S. Marshals in Case number 15MJ1491 USA v. Denitria Edwards et al.. Financial Affidavit, executed. MW request Counsel. Atty Maria Elena Morales appointed not present in Courtroom. BOND SET AT $ 5,000.00 c/s. Appearances:Mary Ellen Smyth Ausa & Maria Elena Morales appt.(ERO:Terry Lozano) (Interpreter:Susan Tellez, used) MW remanded to Custody of the U.S. Marshals, filed.(mxperez, 5) [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 10 | Sealed Financial Affidavit CJA 23 by Material Witness BELEN RODRIGUEZ VASQUEZ as to Denitria Edwards, Alan Mcmillan, filed. [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 11 | CJA 20 for Material Witness BELEN RODRIGUEZ VASQUEZ: Appointment of Attorney Maria Elena Morales for Belen Rodriguez-Vasquez as to Alan |

| | | |
|---|---|---|
| | | Mcmillan, Denitria Edwards ( Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (mxperez, 5) [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 12 | Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) ANGEL DAVID HERNANDEZ GONZALEZ as to Denitria Edwards, Alan Mcmillan, (Material Witness(es) informed of rights) held on 10/7/2015. MW advised that no charges are pending and that MW is remanded into custody of the U.S. Marshals in Case number 15MJ1491 USA v. Denitria Edwards et al.. Financial Affidavit, executed. MW request Counsel. Atty Maria Elena Morales appointed not present in Courtroom. BOND SET AT $ 5,000.00 c/s. Appearances:Mary Ellen Smyth Ausa & Maria Elena Morales appt. (ERO:Terry Lozano) (Interpreter:Susan Tellez, used ) MW remanded to Custody of the U.S. Marshals, filed.(mxperez, 5) [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 13 | Sealed Financial Affidavit CJA 23 by Material Witness ANGEL DAVID HERNANDEZ GONZALEZ as to Denitria Edwards, Alan Mcmillan, filed. [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 14 | CJA 20 for Material Witness ANGEL DAVID HERNANDEZ GONZALEZ: Appointment of Attorney Maria Elena Morales for Argel David Hernandez-Gonzalez as to Alan Mcmillan, Denitria Edwards ( Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (mxperez, 5) [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | | Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia. INITIAL APPEARANCE on Complaint as to Denitria Edwards held on 10/7/2015. Defendant advised of charge(s) and rights. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Bond set at $75,000.00 c/s. Appearances: Mary Ellen Smyth, AUSA; FPD Francisco Valcarcel (on duty); USPTO: Monica Hernandez; USPO: Julian Cantu; USM: Moises Moldes. (Opened/Adjourned: 9:10 AM - 9:16 AM) (ERO:Terry Lozano) (Interpreter: Susan Tellez, not used) Deft remanded to custody. Preliminary Examination Hearing set for 10/21/2015 at 10:00 AM in Courtroom 2C before Magistrate Judge J. Scott Hacker.(avelizadi, 5) [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 2 | Sealed Financial Affidavit CJA 23 by Denitria Edwards, filed. (mxperez, 5). [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Denitria Edwards ( Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (avelizadi, 5) [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/07/2015 | 4 | NOTICE OF SETTING as to Denitria Edwards. Preliminary Examination Hearing set for 10/21/2015 at 10:00 AM in Courtroom 2C before Magistrate Judge J. Scott Hacker. (avelizadi, 5) [5:15-mj-01491] (Entered: 10/07/2015) |
| 10/08/2015 | | NOTICE OF ATTORNEY APPEARANCE Arturo Villarreal, III, Federal Public Defender, in case as to Denitria Edwards, filed.(Villarreal, Arturo) [5:15-mj-01491] (Entered: 10/08/2015) |
| 10/08/2015 | 15 | WAIVER of Preliminary Hearing by Denitria Edwards, filed.(Villarreal, |

| | | Arturo) [5:15-mj-01491] (Entered: 10/08/2015) |
|---|---|---|
| 10/17/2015 | 19 | Pretrial Services Report (Sealed) as to Denitria Edwards, filed. (hcortez, 5) [5:15-mj-01491] (Entered: 10/17/2015) |
| 10/19/2015 | 20 | ORDER as to Denitria Edwards. $75,000.00 UNSECURED. ( Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (dgonzalez, 5) [5:15-mj-01491] (Entered: 10/20/2015) |
| 10/27/2015 | 22 | INDICTMENT(Laredo)(The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Denitria Edwards (1) count(s) 1, 2-3, Alan Mcmillan (2) count(s) 1, 2-3, filed. (gsalinas, 5) (Entered: 10/27/2015) |
| 10/28/2015 | 23 | NOTICE OF SETTING as to Denitria Edwards, Alan Mcmillan. Arraignment set for 11/5/2015 at 11:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, filed. (gsalinas, 5) (Entered: 10/28/2015) |
| 10/29/2015 | 26 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty by Denitria Edwards, filed. (Villarreal, Arturo) (Entered: 10/29/2015) |
| 11/05/2015 | 29 | ORDER accepting 26 Waiver of Presence at Arraignment as to Denitria Edwards (1).(Signed by Magistrate Judge J. Scott Hacker.) Parties notified. (ehernandez, 5) (Entered: 11/05/2015) |
| 11/05/2015 | 30 | SCHEDULING ORDER as to Denitria Edwards. Pretrial Motion Filing due by 11/16/2015. Final Pretrial Conference set for 12/1/2015 at 01:00 PM in Courtroom 3C before Magistrate Judge Guillermo R. Garcia. Jury Selection set for 12/14/2015 at 09:00 AM in Courtroom 3B before Judge Diana Saldana. Parties notified. (ehernandez, 5) (Entered: 11/05/2015) |
| 11/10/2015 | 32 | APPEARANCE Bond Entered as to Denitria Edwards in amount of $75,000.00 Unsecured Bond, Co-Surety: Gary Wayne Speakman, filed. (nortiz, 5) (Additional attachment(s) added on 11/16/2015: # 1 Unredacted attachment) (nortiz, 5). (Entered: 11/16/2015) |
| 11/12/2015 | 31 | Unopposed MOTION for Bond by Belen Rodriguez-Vasquez as to Denitria Edwards, Alan Mcmillan, filed. (Attachments: # 1 Proposed Order)(Morales, Maria) (Entered: 11/12/2015) |
| 11/16/2015 | 33 | ORDER denying 31 Motion for Bond for MW Belen Rodriguez Vazquez as to Denitria Edwards (1), Alan Mcmillan (2).(Signed by Judge Diana Saldana.) Parties notified.(mxperez, 5) (Entered: 11/17/2015) |
| 11/16/2015 | 34 | Pretrial Services Memorandum for MW, Belen Rodriguez Vazquez (Sealed) as to Denitria Edwards, Alan Mcmillan, filed. (Entered: 11/17/2015) |
| 11/18/2015 | 36 | Sealed receipt received by Ausa & Pretrial re: 34 , filed. (Entered: 11/19/2015) |
| 11/19/2015 | 37 | Unopposed MOTION to Substitute Attorney Norma Nelly Vielma *discharging Maria Elena Morales* by on behalf of Belen Rodriguez-Vasquez as to Denitria Edwards, Alan Mcmillan, filed. (Vielma, Norma) (Entered: 11/19/2015) |
| 11/20/2015 | 38 | Unopposed MOTION for Bond *Reconsideration based on Exhibits* by Belen Rodriguez-Vasquez as to Denitria Edwards, Alan Mcmillan, filed. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit Index, # 3 Exhibit Supporting Documents)(Vielma, Norma) (Entered: 11/20/2015) |
| 11/20/2015 | 39 | Sealed Event, filed. (Entered: 11/20/2015) |
| 11/20/2015 | 40 | ORDER granting 37 Motion to Substitute Attorney as to Denitria Edwards (1), Alan Mcmillan (2).(Signed by Judge Diana Saldana.) Parties notified.(mxperez, 5) (Entered: 11/23/2015) |
| 11/24/2015 | 41 | ** Entered in ERROR , wrong event ** Sealed Order, filed. Modified on 11/25/2015 (mxperez, 5). (Entered: 11/25/2015) |
| 11/24/2015 | 42 | ORDER denying 38 Motion for Bond for MW Belen Rodriguez Vazquez, as to Denitria Edwards (1), Alan Mcmillan (2).(Signed by Judge Diana Saldana.) Parties notified.(mxperez, 5) (Entered: 11/25/2015) |
| 11/24/2015 | 43 | Pretrial Services Memorandum (Sealed) for Belen Rodriguez Vazquez, as to Denitria Edwards, Alan Mcmillan, filed. (Entered: 11/25/2015) |
| 12/01/2015 | | RE-ARRAIGNMENT Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia on 12/1/2015 as to Denitria Edwards : Defendant pled Guilty to Count(s) 1,2,3 of the Indictment. Cold Plea. No plea agreement. Oral factual basis. Appeal Waived: No. PSI due by: 01/05/2016 Counsel present for PSI Interview? Yes. Appearances: AUSA Jose Angel Flores f/USA; AFPD Arturo Villarreal III f/Defendant. Deft continued on bond. (USPO: Luz Lopez Garza) (ERO: Terry Lozano) (Interpreter: Susan Tellez not used) (Time in Court 1:20-2:19) (avelizadi, 5) (Entered: 12/01/2015) |
| 12/01/2015 | | **Terminate Deadlines and Hearings as to Denitria Edwards: (avelizadi, 5) (Entered: 12/01/2015) |
| 12/01/2015 | 45 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Denitria Edwards. PSI Completion due by 1/5/2016 ( Signed by Judge Diana Saldana) Parties notified. (avelizadi, 5) (Entered: 12/01/2015) |
| 12/01/2015 | 48 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Denitria Edwards, filed.(dgonzalez, 5) (Entered: 12/03/2015) |
| 12/03/2015 | 49 | REPORT AND RECOMMENDATIONS as to Denitria Edwards Objections to R&R due by 12/17/2015 ( Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (mxperez, 5) (Entered: 12/04/2015) |
| 12/18/2015 | 51 | ORDER ADOPTING REPORT AND RECOMMENDATION - Guilty Plea as to Denitria Edwards re: 49 Report and Recommendations ( Signed by Judge Diana Saldana) Parties notified. (yyunesadi, 5) (Entered: 12/18/2015) |
| 03/14/2016 | 54 | Objection to Presentence Investigation Report (Sealed) by Denitria Edwards, filed. (With attachments) (Entered: 03/14/2016) |
| 03/21/2016 | 55 | Final Presentence Investigation Report (Sealed) as to Denitria Edwards, filed. (rtenorio, 5) (Entered: 03/21/2016) |
| 03/21/2016 | 56 | Sealed Addendum to 55 Final Presentence Investigation Report (Sealed) as to Denitria Edwards, filed. (rtenorio, 5) (Entered: 03/21/2016) |

| 03/21/2016 | 57 | Confidential Sentencing Recommendation(Sealed) regarding Denitria Edwards, filed. (rtenorio, 5) (Entered: 03/21/2016) |
| 05/12/2016 | 61 | NOTICE OF SETTING as to Denitria Edwards, Alan Mcmillan. Sentencing set for 5/23/2016 at 01:30 PM in Courtroom 3B before Judge Diana Saldana, filed. (smedellin, 5) (Entered: 05/12/2016) |
| 05/17/2016 | 62 | NOTICE OF RESETTING as to Denitria Edwards. Sentencing set for 5/19/2016 at 08:30 AM in Courtroom 3B before Judge Diana Saldana, filed. (smedellin, 5) (Entered: 05/17/2016) |
| 05/19/2016 | | Minute Entry for proceedings held before Judge Diana Saldana: Sentencing held on 5/19/2016 for Denitria Edwards (1). Sentencing guideline is at Level 15 / Category 1; The Court does a downward variance; Count(s) 1-3, 12 mos and 1 day concurrent as to counts 1-3 for a total of 12 mos and 1 day imprs; 3 yrs SRT concurrent as to counts 1-3 for a total of 3 yrs SRT; all standard and mandatory conditions of supervised release apply; $100.00 Special Assessment as to each count for a total of $300.00 special assessment; fine waived [because of the defendants inability to pay]; 50 hours of community service within 18 mos of SRT; drug/alcohol treatment while on SRT; mental health treatment while on SRT; The Court makes a finding that the defendant is indigent and will not impose the $5,000.00 Special Assessment; defendant kept right to appeal however defendant is advised of right to appeal (notified of 14 day deadline); defendant was advised appeal would be free of charge. defendant to be placed at BOP facility in Arkansas.; [TIME: 9:10AM - 9:22AM] ***The defendant is allowed to self-surrender to institution when designated*** Appearances: Ausa Jorge Vela, f/ Chris dos Santos, f/Gov't; AFPD Arturo Villarreal, III, f/Deft.; USPO: Luz Lopez-Garza; USM: Marcos Pompa.(ERO: Terry Lozano) (Interpreter: Diana Gonzalez / Ana Koency, (Not Used) Deft continued on bond, filed.(smedellin, 5) Modified on 5/19/2016 (smedellin, 5). (Entered: 05/19/2016) |
| 05/19/2016 | 65 | STATEMENT OF NON-APPEAL by Denitria Edwards,filed.(Villarreal, Arturo) (Entered: 05/19/2016) |
| 05/25/2016 | 67 | JUDGMENT as to Denitria Edwards ( Signed by Judge Diana Saldana) Parties notified. (ehernandez, 5) (Entered: 05/25/2016) |
| 05/25/2016 | 68 | Statement of Reasons (Sealed) as to Denitria Edwards. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 05/25/2016) |
| 06/10/2016 | 71 | ORDER TO SURRENDER on THURSDAY, JULY 28, 2016 by 2:00 PM to FCI ALICEVILLE, 11070 Highway 14, Aliceville, AL 35442 as to Denitria Edwards ( Signed by Judge George P Kazen) Parties notified. (nortiz, 5) (Additional attachment(s) added on 6/10/2016: # 1 Unredacted attachment) (nortiz, 5). (Entered: 06/10/2016) |
| 06/10/2016 | 72 | RECEIPT of 71 Order to Surrender submitted to the US Marshals Service as to Denitria Edwards, filed. (nortiz, 5) (Entered: 06/10/2016) |

| 06/16/2016 | 75 | MAIL RETURNED UNDELIVERABLE re: 71 Order to Surrender sent to Denitria Edwards, filed. (nortiz, 5) (Entered: 06/17/2016) |
| 06/23/2016 | 77 | Sealed Petition for Action on Conditions of Pretrial Release as to Denitria Edwards, filed. (Entered: 06/24/2016) |
| 06/23/2016 | 78 | Sealed receipt received from dUSM re: 77 Sealed Petition as to Deitria Edwards, filed. (Entered: 06/24/2016) |
| 07/14/2016 | 80 | Rule 5(c)(3) Documents Received from Eastern District of Arkansas as to Denitria Edwards [U.S. Marshals were ordered to transport Deft Edwards to Alabama to begin serving her term of federal incarceration], filed.(sgonzalez, 5) (Entered: 07/14/2016) |
| 07/14/2016 |  | Arrest of Denitria Edwards in Eastern District of Arkansas to begin serving sentence in Alabama., filed. (sgonzalez, 5) (Entered: 07/14/2016) |
| 08/01/2016 | 82 | Notice that the defendant in the specified arrested on 07/11/2016 Eastern Arkansas as to Denitria Edwards re 71 Order to Surrender,, filed.(mxperez, 5) (Entered: 08/02/2016) |
| 11/27/2017 | 83 | Supervised Release Jurisdiction Transferred to Eastern District of Arkansas Little Rock as to Denitria Edwards., filed.(dgonzalez, 5) (Additional attachment(s) added on 11/28/2017: # 1 Transmittal Letter) (dgonzalez, 5). (Entered: 11/27/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/05/2017 10:40:49 | | |
| **PACER Login:** | us4426:2653798:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:15-cr-01280 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |